UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| STEVEN M TAUBER, individually, and on behalf of all others similarly situated,<br><br>   *Plaintiff,*<br><br>v.<br><br>HUMANA MEDICAL PLAN INC., a Florida corporation,<br><br>   *Defendant.* | No. 0:22-CV-60295-RKA<br><br>**CLASS ACTION** |

## NOTICE OF SETTLEMENT

Plaintiff Steven M Tauber hereby notifies the Court that the parties have reached a settlement in principle to resolve this matter. The parties anticipate filing a Notice of Dismissal of the action with prejudice as to the Plaintiff's individual claim within 60 days. Accordingly, Plaintiff respectfully requests that all current deadlines and hearings be suspended pending the filing of the Notice of Dismissal.

DATED this 26th day of May, 2022.

Respectfully Submitted,

*s/ Avi Kaufman*
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

Stefan Coleman (FL Bar no. 30188)
law@stefancoleman.com
COLEMAN PLLC
66 West Flagler Street, Suite 900
Miami, FL 33130
Telephone: (877) 333-9427

*Counsel for Plaintiff and the putative classes*