UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-60295-ALTMAN/Hunt

**STEVEN M. TAUBER**,
*individually and on behalf of all others similarly situated,*

*Plaintiffs*,

v.

**HUMANA MEDICAL PLAN, INC.**,

*Defendant.*

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

The Parties filed a Stipulation of Dismissal with Prejudice [ECF No. 32] in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Being fully advised, the Court hereby **ORDERS AND ADJUDGES** that this matter is **DISMISSED with prejudice**. Each party shall bear its own fees and costs. This case shall remain **CLOSED**. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 1st day of August 2022.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record